UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOO HWANG KIM, | Case No. 14-13648 |
| Plaintiff, | HONORABLE ARTHUR J. TARNOW<br>SENIOR UNITED STATES DISTRICT JUDGE |
| v. | |
| AMERICAN CAMPUS COMMUNITIES, et al., | HONORABLE DAVID R. GRAND<br>UNITED STATES MAGISTRATE JUDGE |
| Defendants.<br>_____/ | |

**ORDER TRANSFERRING CASE TO WESTERN DISTRICT OF MICHIGAN**

Before the Court is Plaintiff's Complaint [1] and Application to Proceed *in Forma Pauperis* [2]. For the reasons that follow, the case is transferred to the Western District of Michigan.

Venue is proper in the judicial district where either defendants reside or where the claim arose. *Al-Muhaymin v. Jones*, 895 F.2d 1147, 1148 (6th Cir. 1990); 28 U.S.C. § 1391(b). If a Plaintiff files a case in the wrong district, the court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). A district court may transfer a case *sua sponte*. *Carver v. Knox County, Tenn.*, 887 F.2d 1287, 1291 (6th Cir. 1989).

The only named Defendant in this action is a Texas corporation. The events that gave rise to Plaintiff's claim occurred in the Western District of Michigan. Accordingly, the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that this case is **TRANSFERRED** to the Western District of Michigan.

**SO ORDERED.**

                                        s/Arthur J. Tarnow
                                        ARTHUR J. TARNOW
                                        SENIOR U.S. DISTRICT JUDGE

Dated: October 7, 2014

---

### CERTIFICATE OF SERVICE

I hereby certify on October 7, 2014 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on October 7, 2014: **Joo Hwang Kim.**

                                        s/Michael E. Lang
                                        Case Manager to
                                        District Judge Arthur J. Tarnow
                                        (313) 234-5182